ORDERED.

Dated:  December 27, 2023

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

PRO COM AMERICA, LLC,   Case No. 8:20-bk-03522-CPM

   Debtor.   Chapter 7 case
_____/
DOUGLAS N. MENCHISE, Chapter 7 Trustee,

   Plaintiff,
v.   Adv. Proc. No.: 8:23-ap-00199-CPM

Air France-KLM S.A., a/k/a Air France-KLM Group; Chateau La Cheneviere; DC Trails, Inc.; Les Voitures Henri Pavard; Hilton London Wembley; Hotel de l'Opera Hanoi MGallery by Sofitel; Hotel Villa Lara; Ibis Bayeux Port-en-Bessin; Ibis Styles Caen Centre Gare; Mecure Caen Centre Port de Plaisance Hotel; Mecure Omaha Beach Hotel; Novotel Bayeux; Outrigger Reef Waikiki Beach Resort; Sofitel Saigon Plaza; Star Inn Hotel Premium Munchen Domagkstrasse By Quality; Hilton Worldwide Holdings, Inc.; Accor S.A.; KSL Resorts, Inc.; and Choice Hotels International, Inc.,

   Defendants.
_____/

## AGREED ORDER GRANTING HILTON WORLDWIDE HOLDINGS, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

THIS CASE came on for consideration on the Defendant Hilton Worldwide Holdings, Inc.'s Agreed Motion for an Extension of Time to Respond to the Complaint (Doc. No. 8, hereinafter Motion) which was served upon all interested parties. After reviewing the Motion, together with the record, it is

**ORDERED:**

1. The Motion is granted.

2. Defendant Hilton Worldwide Holdings, Inc. shall have thirty-six (36) days from the filing date of the Motion, i.e., until January 5, 2024, to provide a response to Plaintiff's Complaint.

3. Attorney Everhardt is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

317152302.1