[Dntcpsca] [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                Case No. 8:20−bk−03522−CPM
                                                      Chapter 7

Beyond Band of Brothers


_____Debtor*_____/

Douglas N Menchise



        Plaintiff**


vs.                                                   Adv. Pro. No. 8:23−ap−00199−CPM


Air France KLM S.A. aka Air France KLM Group

Chateau La Cheneviere
DC Trails, Inc.
Les Voitures Henri Pavard
Hilton London Wembley
Hilton Worldwide Holdings, Inc.
Hotel de l'Opera Hanoi MGallery by Sofitel
Accor S.A.
Hotel Villa Lara
Ibis Bayeux Port−en−Bessin
Ibis Styles Caen Centre Gare
Mercure Caen Centre Port de Plaisance Hotel
Mercure Omaha Beach Hotel
Novotel Bayeux
Outrigger Reef Waikiki Beach Resort
KSL Resorts, Inc.
Sofitel Saigon Plaza
Star Inn Hotel Premium Munchen Domagkstrasse
by Quality
Choice Hotels International, Inc.

_____Defendant**_____/

NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

   1. A Pretrial/Status Conference will be held on April 15, 2024, at 10:30 AM , before the Honorable
   Catherine Peek McEwen, United States Bankruptcy Judge.

   2. All pending motions, other than Motions for Summary Judgment, may be heard at the
   Pretrial/Status Conference.

   3. Parties are reminded to comply with all requirements of Local Rule 7001−1.

   4. Any party may attend the hearing in person. For remote appearances, please consult the Court's

Procedures Governing Court Appearances, available at https://www.flmb.uscourts.gov/judges/mcewen/. Unrepresented parties who do not have a device that enables them to access the procedures via the link should call the Courtroom Deputy at 813–301–5151 by 3 p.m. the business day preceding the hearing to arrange to participate by telephone.

5. Avoid Delays. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

|  |  |
|---|---|
|  | FOR THE COURT |
| Dated: January 11, 2024 | Sheryl L. Loesch , Clerk of Court |
|  | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue<br>Suite 555<br>Tampa, FL 33602 |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

**All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.