ORDERED.

Dated: October 22, 2024

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

PROCOM AMERICA, LLC,                                  Case No.: 8:20-bk-03522-CPM

    Debtor.                                                        Chapter 7 case
_____/

DOUGLAS N. MENCHISE, Chapter 7 Trustee,

    Plaintiff,

v.                                                                         Adv. Pro. No.: 8:23-ap-00199-CPM

Air France-KLM S.A., a/k/a Air France-KLM Group; Chateau La Cheneviere; DC Trails, Inc.; THP Transports; Hilton London Wembley; Hotel de l'Opera Hanoi MGallery by Sofitel; Hotel Villa Lara; Ibis Bayeux Port-en-Bessin; Ibis Styles Caen Centre Gare; Mercure Caen Centre Port de Plaisance Hotel; Mercure Omaha Beach Hotel; Novotel Bayeux; Outrigger Reef Waikiki Beach Resort; Sofitel Saigon Plaza; Star Inn Hotel Premium Munchen Domagkstrasse by Quality; Hilton Worldwide Holdings, Inc.; KSL Resorts, Inc.; and Choice Hotels International, Inc.,

    Defendants.
_____/

1

**ORDER GRANTING MOTION TO
CONTINUE TRIAL SCHEDULED FOR OCTOBER 18, 2024 [DOC. NO. 74]**

THIS MATTER came before the Court for hearing on October 18, 2024 at 9:30 a.m. (EST), on Chapter 7 Trustee Douglas N. Menchise's (the "**Trustee**"), *Motion to Continue Trial Scheduled for October 18, 2024* [Doc. No. 74] (the "**Motion**"). This Court, having reviewed the Motion, being familiar with the papers and pleadings in this adversary proceeding, and being otherwise fully advised in the premises, it is hereby

**ORDERED** that

1.   The Motion is hereby **GRANTED** as set forth herein;

2.   The trial in this adversary proceeding currently scheduled for October 18, 2024, is hereby stricken;

3.   The one-day trial in this adversary proceeding is hereby rescheduled by separate order of the Court at an appropriate time;

4.   A status conference will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **January 13, 2025 at 10:30 a.m.**, before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge. Although the Court will conduct the hearing in person, any interest parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. If an unrepresented party is unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5151 no later than 6:00 p.m. one business day before the date of the hearing.

3

5.    All pretrial deadlines are hereby continued and extended dates to be calculated by reference to the rescheduled trial date.

###

Attorney Steven M. Berman is directed to serve a copy of this Order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.