ORDERED.

**Dated:  March 19, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re:

PROCOM AMERICA, LLC, d/b/a BEYOND
BAND OF BROTHERS d/b/a BBOB

Case No.: 8:20-bk-03522-CPM

          Debtor.

                                 /

Chapter 7 case

DOUGLAS N. MENCHISE, Chapter 7 Trustee,
          Plaintiff,

v.

Air France-KLM S.A., a/k/a Air France-KLM
Group; Chateau La Cheneviere; DC Trails, Inc.; THP
Transports; Hotel de l'Opera Hanoi MGallery by
Sofitel; Hotel Villa Lara; Ibis Bayeux Port-en-
Bessin; Ibis Styles Caen Centre Gare; Mercure Caen
Centre Port de Plaisance Hotel; Mercure Omaha
Beach Hotel; Novotel Bayeux; Outrigger Reef
Waikiki Beach Resort; Sofitel Saigon Plaza; Star Inn
Hotel Premium Munchen Domagkstrasse by Quality;
KSL Resorts, Inc.; and Choice Hotels International,
Inc.,

Adv. Pro. No.: 8:23-ap-00199-CPM

          Defendants.

                                 /

1

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF
## <u>FINAL DEFAULT JUDGMENT</u>

THIS PROCEEDING came before the Court, without a hearing, upon the *Plaintiff's Motion for Entry of Final Default Judgment* [Doc. No. 113] (the "**Motion**") filed by Plaintiff, Douglas N. Menchise, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Procom America, LLC d/b/a Beyond Band of Brothers, a/k/a BBOB, against Defendants, AIR FRANCE-KLM S.A. a/k/a AIR FRANCE-KLM GROUP, CHATEAU LA CHENEVIERE, DC TRAILS, INC., HOTEL VILLA LARA, IBIS BAYEUX PORT-EN-BESSIN, IBIS STYLES CAEN CENTRE GARE, and NOVOTEL BAYEUX (the "**Defaulted Defendants**").  Having reviewed the Motion, the pleadings, and the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.    The Motion is hereby **GRANTED**;

2.    This Court will separately enter final default judgment in favor of the Trustee and against the Defaulted Defendants granting the relief requested in the Motion;

3.    This Court retains such other and further jurisdiction as is necessary and appropriate to enforce this Order and the Final Judgment to be separately entered.

###

Steven M. Berman, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.