ORDERED.

**Dated:  March 27, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA

In re:

PROCOM AMERICA, LLC, d/b/a BEYOND BAND
OF BROTHERS d/b/a BBOB                                    Case No.: 8:20-bk-03522-CPM
          Debtor.
_____/                   Chapter 7 case

DOUGLAS N. MENCHISE, Chapter 7 Trustee,
          Plaintiff,

v.

Air France-KLM S.A., a/k/a Air France-KLM Group;
Chateau La Cheneviere; DC Trails, Inc.; THP            Adv. Pro. No.: 8:23-ap-00199-CPM
Transports; Hotel de l'Opera Hanoi MGallery by
Sofitel; Hotel Villa Lara; Ibis Bayeux Port-en-Bessin;
Ibis Styles Caen Centre Gare; Mercure Caen Centre
Port de Plaisance Hotel; Mercure Omaha Beach
Hotel; Novotel Bayeux; Outrigger Reef Waikiki
Beach Resort; Sofitel Saigon Plaza; Star Inn Hotel
Premium Munchen Domagkstrasse by Quality; KSL
Resorts, Inc.; and Choice Hotels International, Inc.,
          Defendants.
_____/

1

## FINAL JUDGMENT

THIS PROCEEDING came before the Court, without a hearing, upon the *Plaintiff's Motion for Entry of Final Default Judgment* [Doc. No. 113] (the "**Motion**") filed by Plaintiff, Douglas N. Menchise, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Procom America, LLC d/b/a Beyond Band of Brothers, a/k/a BBOB, against Defendants, AIR FRANCE-KLM S.A. a/k/a AIR FRANCE-KLM GROUP; CHATEAU LA CHENEVIERE; DC TRAILS, INC., HOTEL VILLA LARA; IBIS BAYEUX PORT-EN-BESSIN; IBIS STYLES CAEN CENTRE GARE and NOVOTEL BAYEUX (the "Seven Defendants"). Having reviewed the Motion, the pleadings, and the record, and being otherwise fully advised in the premises, it is hereby:

**ORDERED, DECREED, & ADJUDGED**:

1.     Final Judgment is hereby entered in favor of the Trustee and against the Seven Defendants on all counts asserted against them in the Complaint (Doc. 58).

2.     Judgment is hereby entered against Air France-KLM S.A., a/k/a Air France-KLM Group in the amount of 747,200.00 Hungarian Forint for all of which let execution issue forthwith.

3.     Judgment is hereby entered against Chateau La Cheneviere in the amount of €16,437.75 for all of which let execution issue forthwith.

4.     Judgment is hereby entered against DC Trails, Inc. in the amount of $7,200.00 for all of which let execution issue forthwith.

5.     Judgment is hereby entered against Hotel Villa Lara in the amount of €101,478.40 for all of which let execution issue forthwith.

6.     Judgment is hereby entered against Ibis Bayeux Port-en-Bessin in the amount of €10,265.17 for all of which let execution issue forthwith.

7.      Judgment is hereby entered against Ibis Styles Caen Centre Gare in the amount of €8,290.80 for all of which let execution issue forthwith.

8.      Final Judgment is hereby entered against Novotel Bayeux in the amount of €20,429.76 for all of which let execution issue forthwith.

9.      This Court shall retain such other and further jurisdiction as is necessary and appropriate to enforce this Final Judgment.

###

The Clerk is directed to serve a copy of this Final Judgment on interested parties who do not receive service by CM/ECF.